UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert L. Cook, Sr., | File No. 25-cv-3349 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Mary Ringham, *Red Lake Courts*, | |
| Respondent. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on September 30, 2025. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 31, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court